# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　　Defendant(s). | Case No. 2:15-cv-00688-JCM-NJK<br><br>ORDER DENYING STIPULATION TO EXTEND<br><br>(Docket No. 13) |

　　　　Pending before the Court is a stipulation to extend time, Docket No. 13, which is hereby DENIED. *See* Local Rule 6-1(b) (stipulations to extend time must "state the reasons for the extension requested"); Local Rule 6-2(a) (stipulations must include signature block for judge's approval).

　　　　IT IS SO ORDERED.

　　　　DATED: May 27, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge