Todd L. Moody, Nevada Bar No. 5430
Russel J. Geist, Nevada Bar No. 9030
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
tmoody@hutchlegal.com
rgeist@hutchlegal.com

*Attorneys for St. Jude Children's Research Hospital, Inc. and Father Flanagan's Boys' Home, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| The Prudential Insurance Company of America and Pruco Life Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>Michael R. Manuele, as Successor Trustee of the William R. Bishop Living Trust Dated December 21, 2010; Paul Bishop, as Co-Special Administrator of the Estate of William R. Bishop; Ben Bishop, as Co-Special Administrator of the Estate of William R. Bishop; ALCAC/St. Jude Children's Research Hospital, Inc.; United States Fund for UNICEF, Inc.; Father Flanagan's Boys' Home, Inc.; and Ronald McDonald House Charities of Greater Las Vegas, Inc.;<br><br>Defendants. | CASE NO.:2:15-cv-00688<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT/CROSS-DEFENDANT TO RESPOND TO CROSS-CLAIM**<br><br>**(FIRST REQUEST)** |

Defendant/Cross-Defendant, St. Jude Children's Research Hospital, Inc. ("St. Jude Children's Research Hospital"), and Defendants Paul Bishop and Ben Bishop (the "Bishop Defendants"), by and through their respective counsel of record, stipulate and agree to extend

the deadline from **July 17, 2015** to **July 27, 2015** for St. Jude Children's Research Hospital to answer or otherwise plead in response to the Bishop Defendants' Cross-claim.

This is the first request for an extension by St. Jude Children's Research Hospital, which seeks to further investigate legal defenses to the Cross-claim. No additional requests for extensions are contemplated.

DATED this 15th day of July, 2015.

| HUTCHISON & STEFFEN, LLC | SOLOMON DWIGGINS & FREER, LTD. |
|---|---|
| */s/ signature* | */s/ signature* |
| Todd L. Moody Nevada Bar No. 5430 | Brian P. Eagan, Esq. Nevada Bar No. 9395 |
| Russel J. Geist, Nevada Bar No. 9030 | 9060 W. Cheyenne Avenue |
| HUTCHISON & STEFFEN, LLC | Las Vegas, Nevada 89129 |
| Peccole Professional Park | |
| 10080 West Alta Drive, Suite 200 | *Attorneys for Paul Bishop and Benjamin Bishop* |
| Las Vegas, Nevada 89145 | |

*Attorney for St. Jude Children's Research Hospital, Inc.*

**ORDER**

IT IS SO ORDERED.

Dated: July 16, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2