UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, et al., <br><br>         Plaintiff(s), <br><br> vs. <br><br> MICHAEL R. MANUELE, et al., <br><br>         Defendant(s). | Case No. 2:15-cv-00688-JCM-NJK <br><br> ORDER <br><br> (Docket No. 36) |

Pending before the Court is Plaintiff's motion for a scheduling conference in this interpleader action. Docket No. 36. The motion is hereby **GRANTED**. The Court hereby **SETS** a scheduling conference for 10:00 a.m. on August 10, 2015, in Courtroom 3B.

IT IS SO ORDERED.

DATED: July 27, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge