UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> MICHAEL R. MANUELE, et al., <br><br> Defendant(s). | Case No. 2:15-cv-00688-JCM-NJK <br><br> ORDER <br><br> (Docket No. 41) |

Pending before the Court is Plaintiffs' counsel's motion to appear telephonically. Docket No. 41. Plaintiffs' counsel asserts that she resides in Arizona. *See id.* Nonetheless, counsel is Plaintiffs' lead counsel in this matter, is associated with a law firm office in Las Vegas, and has specifically used her firm's Las Vegas address as her contact address. *See* Docket No. 40. The motion to appear telephonically is **DENIED**.

IT IS SO ORDERED.

DATED: August 3, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge