# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THE PRUDENTIAL INSURANCE COMPANY )
OF AMERICA, et al., )
                                    Plaintiff(s), )    Case No. 2:15-cv-00688-JCM-NJK
)
vs. )    ORDER
)
MICHAEL R. MANUELE, et al., )
                                    Defendant(s). )

        This matter is before the Court on the failure of Defendant United States Fund for UNICEF to file a Certificate of Interested Parties. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Defendant has failed to comply.

        Accordingly, **IT IS ORDERED** that Defendant shall file a Certificate of Interested Parties, which fully complies with LR 7.1-1, **no later than 4:00 p.m., October 16, 2015.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

        IT IS SO ORDERED.

        DATED: October 9, 2015

                                                            _____
                                                            NANCY J. KOPPE
                                                             United States Magistrate Judge