# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | ) ) ) | Case No. 2:15-cv-00688-JCM-NJK |
| Plaintiff(s), | ) ) | ORDER |
| vs. | ) ) | |
| MICHAEL R. MANUELE, et al., | ) ) | |
| Defendant(s). | ) ) ) | (Docket Nos. 64, 65) |

For the reasons discussed in Docket No. 66, the motion and application at Docket Nos. 64 and 65 are hereby DENIED without prejudice.

IT IS SO ORDERED.

DATED: November 4, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge