# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> MICHAEL R. MANUELE, et al., <br><br> Defendant(s). | Case No. 2:15-cv-00688-JCM-NJK <br><br> ORDER |

On February 9, 2016, the parties jointly requested that the undersigned conduct a settlement conference in this case. Docket No. 71. As part of that request, they represented that "[t]he parties and their counsel are available" for that settlement conference to occur on, *inter alia*, April 21, 2016. *Id.* at 2. Since granting the parties' request, however, and scheduling a settlement conference for a day they requested, the Court has received motions for three parties not to appear personally for the settlement conference. Docket Nos. 74, 76. The undersigned has a strong preference that all parties appear personally for settlement conferences, and the stipulation for a settlement conference would not have been granted had it been clear that so many exceptions would be sought. The Court therefore **VACATES** the settlement conference and **DENIES** the motions at Docket Nos. 74 and 76 as **MOOT**. The parties are of course free to engage in other means of dispute resolution that are more aligned with the circumstances of this case and the desires of the parties.

IT IS SO ORDERED.

DATED: February 16, 2016

_____
Nancy J. Koppe
United States Magistrate Judge