1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10  THE PRUDENTIAL INSURANCE COMPANY )
    OF AMERICA, et al.,                                    )       Case No. 2:15-cv-00688-JCM-NJK
11                                                         )
                        Plaintiff(s),                      )
12                                                         )       ORDER DENYING STIPULATION
    vs.                                                    )       TO EXTEND
13                                                         )
    MICHAEL R. MANUELE,                                    )       (Docket No. 87)
14                                                         )
                        Defendant(s).                      )
15  _____ )

16        Pending before the Court is a stipulation to extend time, Docket No. 13, which is hereby

17  DENIED.  *See* Local Rule 6-1(b) (stipulations to extend time must "state the reasons for the extension

18  requested").

19        IT IS SO ORDERED.

20        DATED: April 6, 2016

21        _____
          NANCY J. KOPPE
22        United States Magistrate Judge

23

24

25

26

27

28