Mark A. Solomon, Esq.
Nevada State Bar No. 418
Brian P. Eagan, Esq.
Nevada State Bar No. 9395
SOLOMON DWIGGINS & FREER, LTD.
9060 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Tel:  (702) 853-5483
Fax: (702) 853-5485
Email: msolomon@sdfnvlaw.com
Email: beagan@sdfnvlaw.com

*Attorneys for Defendants Paul Bishop and Benjamin Bishop*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| The Prudential Insurance Company of America and Pruco Life Insurance Company,<br><br>                    Plaintiff,<br><br>vs.<br><br>Michael R. Manuele, as Successor Trustee of the William R. Bishop Living Trust Dated December 21, 2010; Paul Bishop, as Co-Special Administrator of the Estate of William R. Bishop; Ben Bishop, as Co-Special Administrator of the Estate of William R. Bishop; ALCAC/St. Jude Children's Research Hospital, Inc.; United States Fund for UNICEF, Inc.; Father Flanagan's Boys' Home.; and Ronald McDonald House Charities of Greater Las Vegas, Inc.,<br><br>                    Defendants.<br><br>All Other Claims. | Case No.:   2:15-cv-00688-JCM-NJK<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURUSANT TO F.R.C.P. 41(a)(1)(A)(ii) |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties through their respective counsel (the "Parties"), pursuant to F.R.C.P. 41(a)(1)(A)(ii), that each and all of the remaining claims, counterclaims and cross-claims in the above captioned action be dismissed, with prejudice.  The parties have resolved all claims counterclaims and cross-claims pursuant to a

Confidential Settlement and Release, outside of court.  Each Party shall bear his or its own attorney's fees and costs, except as provided in the Confidential Settlement and Release.

     RESPECTFULLY SUBMITTED July 20, 2016.

| SOLOMON DWIGGINS & FREER, LTD. | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| By: */s/ Brian P. Eagan*<br>    Brian P. Eagan<br>    9060 W. Cheyenne Avenue<br>    Las Vegas, Nevada 89129 | By: */s/ Kathleen Kahn (with permission)*<br>    Kathleen Kahn<br>    3993 Howard Hughes Pkwy, Suite 600<br>    Las Vegas, NV 89169-5996 |
| *Attorneys for Paul and Benjamin Bishop* | *Attorneys for Plaintiffs, The Prudential Insurance Company of America and Prudco Life Insurance Company* |

HUTCHISON & STEFFEN LLP

By: */s/ Russel J. Geist (with permission)*
    Russel J. Geist
    10080 Alta Drive, Suite 200
    Las Vegas, Nevada 89145

*Attorneys for ALSAC/St. Jude Children's Research Hospital, Inc.; United States Fund for UNICEF, Inc.; and Father Flanagan's Boys' Home*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 21, 2016